IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE E. MORRIS,

    Petitioner,        No. CIV S-06-0245 FCD JFM P

    vs.

CAVALY PORTFOLIO SVCS,

    Respondent.        ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of mandamus pursuant to 28 U.S.C. § 1361.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

    By this petition, petitioner seeks compel Cavaly Portfolio Svcs, a collection agency located in the state of New York, to respond to his request for information about allegedly fraudulent accounts and transactions made in his name.  Petitioner apparently contends that he is entitled to this information under the federal Freedom of Information Act, 5 U.S.C. § 552 and the California Public Records Act, Cal. Gov't Code §§ 6250, 6254, and that he can use the mandamus statute, 28 U.S.C. § 1361, to compel production of the requested information.

1

1   Section 1361 of Title 28 of the United States Code grants jurisdiction to the
2  federal district courts to compel federal officers to perform duties owed to a plaintiff who brings
3  such an action.  There is no suggestion in the instant petition that Cavaly Portfolio Svcs is a
4  federal agency.  It thus appears that this court's jurisdiction is not properly grounded in 28 U.S.C.
5  § 1361.
6   The Freedom of Information Act, 5 U.S.C. § 552, guarantees public access to
7  certain government records as set forth in the statute.  California Government Code § 6250 is a
8  comparable state law.  The allegations of the instant petition do not suggest that the records at
9  issue are government records.  The petition, therefore, does not state a cognizable claim for relief
10 under either the Freedom of Information Act or California Government Code § 6250.
11  For the foregoing reasons, the instant action is subject to dismissal for failure to
12 state a claim upon which relief may be granted.  See 28 U.S.C. § 1915A.  Petitioner may, within
13 thirty days, file a request for voluntary dismissal.  See Fed. R. Civ. P. 41(a).
14  In accordance with the above, IT IS HEREBY ORDERED that:
15  1. Petitioner shall submit, within thirty days from the date of this order, an
16 affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
17 of Court, or the appropriate filing fee; petitioner's failure to comply with this order will result in
18 the dismissal of this action; and
19  2. The Clerk of the Court is directed to send petitioner a new Application to
20 Proceed In Forma Pauperis By a Prisoner.
21 DATED:  March 30, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
morr0245.3a