IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE E. MORRIS,

    Petitioner,                   No. CIV S-06-0245 FCD JFM P

    vs.

CAVALY PORTFOLIO SVCS,

    Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed March 30, 2006, petitioner was ordered to file an in forma pauperis application or to pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. In the same order, petitioner was cautioned that this action was subject to dismissal for failure to state a claim upon which relief may be granted and petitioner was given an opportunity to file a request for voluntary dismissal within the same thirty day period.

        The thirty day period has now expired, and petitioner has not filed an in forma pauperis affidavit or paid the appropriate filing fee, nor has he responded in any way to the court's March 30, 2006 order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

/////

1

1    These findings and recommendations are submitted to the United States District
2    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3    days after being served with these findings and recommendations, petitioner may file written
4    objections with the court and serve a copy on all parties.  Such a document should be captioned
5    "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that
6    failure to file objections within the specified time may waive the right to appeal the District
7    Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
8    DATED: May 17, 2006.

                                       UNITED STATES MAGISTRATE JUDGE

/morr0245.fifp