IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE E. MORRIS,

    Petitioner,               No. CIV S-06-0245 FCD JFM P

    vs.

CAVALY PORTFOLIO SVCS,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the May 18, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 7, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the May 18, 2006 findings and recommendations.

DATED: July 18, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/mp
morr0245.111